**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARIE DIFIORE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 13-05027** |
| **v.** | : | |
| | : | |
| **CSL BEHRING, U.S., LLC and** | : | |
| **CSL BEHRING, LLC,** | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

This 17th day of September, 2014, it is hereby ORDERED that defendant CSL Behring, LLC's Motion to Dismiss for Failure to State a Claim and to Strike Plaintiff's Prayer for Punitive Damages is DENIED.  Dismissal of punitive damages claims at this juncture is premature. Plaintiff has the right to develop her case through discovery before the court rules on the propriety of a punitive damages claim.

        /s/ Gerald Austin McHugh
United States District Court Judge