IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIE DIFIORE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | No. 13-5027 |
| v. | : | |
| | : | |
| **CSL BEHRING, U.S., LLC, et al.,** | : | |
| Defendants. | : | |

# ORDER

This 11th day of September, 2015, it is **ORDERED** as follows:

1. Defendant's Motion for a Protective Order to Strike Topics 1 through 8, 10, and 11 as identified in Plaintiff's Amended 30(b)(6) Notice of Deposition is **DENIED.**

2. Defendant's Motion for a Protective Order to Strike Topic 12 as identified in Plaintiff's Amended 30(b)(6) Notice of Deposition is **GRANTED IN PART AND DENIED IN PART**, as set forth in the accompanying memorandum.

3. Defendant's Motion for a Protective Order to Strike Topic 21 identified in Plaintiff's Amended 30(b)(6) Notice of Deposition is **GRANTED IN PART AND DENIED IN PART**, as set forth in the accompanying memorandum.

4. Defendant's Motion for a Protective Order to Strike Topics 24 through 26 as identified in Plaintiff's Amended 30(b)(6) Notice of Deposition is **DENIED.**

5. Defendant's Motion for a Protective Order to Strike Topics 29 through 30 as identified in Plaintiff's Amended 30(b)(6) Notice of Deposition is **GRANTED.**

6. Defendant's Motion for a Protective Order to Strike Topic 32 as identified in Plaintiff's Amended 30(b)(6) Notice of Deposition is **DENIED.**

7. Defendant's Motion for a Protective Order to Strike Topic 33 as identified in Plaintiff's Amended 30(b)(6) Notice of Deposition is **DENIED.**

8. Defendant's Motion for a Protective Order to Strike Topic 34 as identified in Plaintiff's Amended 30(b)(6) Notice of Deposition is **GRANTED.**

9. Defendant's Motion for a Protective Order to Strike Topic 38 as identified in Plaintiff's Amended 30(b)(6) Notice of Deposition is **GRANTED**.

10. Defendant's Motion for a Protective Order to Strike Topic 40 as identified in Plaintiff's Amended 30(b)(6) Notice of Deposition is **GRANTED**.

11. Plaintiff is granted leave to file her response to Defendant's pending Motion for Summary Judgment after the Rule 30(b)(6) deposition(s).

      /s/ Gerald Austin McHugh
United States District Court Judge