# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIE DIFIORE,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 13-5027 |
| | : | |
| **CSL BEHRING, U.S., LLC and** | : | |
| **CSL BEHRING, LLC,** | : | |
| Respondents. | : | |

## ORDER

This 17th day of March, 2016, upon review of Defendant CSL Behring, LLC's Motion for Summary Judgment, and Plaintiff's Response thereto, it is hereby **ORDERED** as follows:

1. Defendant CSL Behring, U.S., LLC is **DISMISSED** upon agreement of the parties;

2. The following documents, filed under seal, shall be **unsealed**:

    a. Exhibit Y to Defendant CSL Behring, LLC's Motion for Summary Judgment;

    b. Exhibits K, W, Y, Z, DD, GG, JJ, and NN to Plaintiff's Response in Opposition to Defendant CSL Behring, LLC's Motion for Summary Judgment; and

3. Defendant CSL Behring, LLC's Motion for Summary Judgment is **GRANTED** as it pertains to Plaintiff's Wrongful Discharge claim, and **DENIED** as it pertains to Plaintiff's False Claims Act claim.

    /s/ Gerald Austin McHugh
United States District Court Judge